IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS | ) | 4: 22 CR 00071 KGB-07 |
| | ) | |
| BRELYN LONDON | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW, James Law Firm, attorney for the Defendant, Brelyn London, moves this Court to authorize the withdrawal of James Law Firm, as counsel for Defendant. The basis for the motion is as follows:

1. The James Law Firm represents Mr. London on other matters in State Court.

2. The James Law Firm appeared for him in this court as a courtesy to Mr. London.

3. Mr. London has not met his contractual obligations to the James Law Firm and does not possess the financial means to do so.

4. The James Law firm would request that they be authorized to withdraw from further representation of Mr. London in this matter.

5. Mr. London is aware of the trial date in this matter scheduled for the week of November 14, 2022.

**WHEREFORE**, James Law Firm prays that their Motion to Be Relieved as Counsel be granted or in the alternative that this matter be set for a hearing at the Court's earliest convenience.

Respectfully submitted,

William O. "Bill" James, Jr.
Bar No. 94108
Attorney for Defendant
James Law Firm
1001 La Harpe Blvd.
Little Rock, AR 72201
(501) 375-0900
E-mail: wojfeds@gmail.com